1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JAIME AVILA-SANCHEZ

**FILED**

NOV 19 2009

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 09-415-EJG |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER** |
| JAIME AVILA-SANCHEZ, ) | DATE: December 11, 2009 |
| Defendant. ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon. Edward J. Garcia |

*As modified.*

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, JAIME AVILA-SANCHEZ, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, November 20, 2009, be continued to Friday, December 16, 2009, at 10:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

1 | Speedy trial time is to be excluded from the date of this order
2 | through the date of the status conference set for December 11, 2009,
3 | pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to
4 | prepare] (Local Code T4).

DATED: November 17, 2009      Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
JAIME AVILA-SANCHEZ

DATED: November 17, 2009      BEN WAGNER
United States Attorney

/s/ Benjamin Galloway for
MICHAEL ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 16, w̶ 2009, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: Nov 17, 2009.

EDWARD J. GARCIA
United States District Judge

2